IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARK WEAVER                                                    PLAINTIFF

          v.            Civil No. 08-5196

CAPTAIN HUNTER PETRAY,
Jail Administrator, Benton County
Detention Center                                               DEFENDANT

**ORDER**

NOW on this 10th day of March 2010, comes on for consideration the Report and Recommendation of the Magistrate Judge (document #30), filed on February 12, 2010, to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report and Recommendation of the Magistrate Judge is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #30) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the Defendant's motion for summary judgment (document #20) should be, and hereby is **granted** and this case is **dismissed with prejudice.**

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE